IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00337-KMT

WADE NOFLIN,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GARFIELD,

    Defendant.

---

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

---

Defendant, the Board of County Commissioners of the County of Garfield, by and through its attorneys, Cathy Havener Greer and Brendan L. Loy of Wells, Anderson & Race, LLC, and Plaintiff, Wade Noflin, *pro se*, hereby respectfully move the Court to refer this case to a United States Magistrate Judge for a settlement conference. In support of this Motion, the parties state as follows:

1. The discovery period in this case is underway, pursuant to the Scheduling Order entered on May 2, 2017 [Docket #18]. Dispositive motions are due December 1, 2017, and a trial date is expected to be set (most likely for early 2018) at, or in lieu of, a final pre-trial conference to be held shortly after either the dispositive motion deadline expires or any dispositive motions are ruled upon.

2. "Pursuant to 28 U.S.C. § 652, litigants in all civil cases are required to consider the use of an alternative dispute resolution process, including, but not limited to, mediation,

settlement conferences, early neutral evaluation, mini trial, and arbitration as authorized in 28 U.S.C. §§ 654 and 658, at an appropriate stage in the litigation." *Turner v. Young*, 205 F.R.D. 592, 594 (D. Kan. 2002).

3. Congress's presumed purpose is adopting § 652 "was to encourage maximum use of court-sponsored mediation opportunities[.]" *Hand v. Walnut Valley Sailing Club*, Case No. 10-1296-SAC, 2011 U.S. Dist. LEXIS 80465, at *14 (D. Kan. July 20, 2011) (citation omitted).

4. "A district judge or a magistrate judge exercising consent jurisdiction may direct the parties to a suit to engage in an early neutral evaluation or other alternative dispute resolution proceeding." D.C.COLO.LCivR 16.6(a).

5. Based on their F.R.C.P. 26(f) meeting on April 14, 2017, and the Scheduling Conference on May 9, 2017, the parties believe that significant progress towards resolution may be achieved through a settlement conference.

6. The parties mutually believe, based on the particular issues and circumstances involved in this matter, that a settlement conference with a Magistrate Judge may facilitate resolution of this case without need for further litigation, which will both benefit the parties and promote the interests of judicial economy.

7. The parties further believe that the present stage of litigation, before significant expenditures are made on discovery, is an appropriate and opportune time to discuss and work toward a possible resolution.

WHEREFORE, for the reasons stated above, the parties respectfully request the Court refer this matter to a Magistrate Judge for the purpose of conducting a settlement conference.

Dated this 31st day of May, 2017.

                                      Respectfully submitted,

                                      *S/   Brendan L. Loy*

                                      Cathy Havener Greer
                                      Brendan L. Loy
                                      Wells, Anderson & Race, LLC
                                      1700 Broadway, Suite 1020
                                      Denver, CO 80290
                                      T: 303-830-1212
                                      Email: cgreer@warllc.com
                                      Email: bloy@warllc.com
                                      **ATTORNEYS FOR DEFENDANT**

                                      *S/     Wade Noflin*

                                      Wade Noflin
                                      2207 East 12th St., Apt. 58
                                      Pueblo, CO 81001
                                      T: 801-541-8361
                                      Email: noflinwearth@gmail.com
                                      ***PRO SE* PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2017, a true and correct copy of the above and foregoing **JOINT MOTION FOR SETTLEMENT CONFERENCE** was electronically filed with the Clerk of Court using the CM/ECF system, and served via U.S. Mail to:

Wade Noflin
2207 East 12th
Pueblo, CO 81001
*Pro Se Plaintiff*

                                      *S/   Barbara McCall*
                                      Barbara McCall
                                      Email: bmccall@warllc.com